AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SATA GMBH & CO. KG,

                Plaintiff,

    v.

HANGZHOU KAPA TOOLS CO. LTD.,

                Defendant.

**DEFAULT JUDGMENT**

Case Number: 2:19-cv-01941-GMN-BNW

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff against Defendant.

9/17/2021
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ J. Callo
_____
Deputy Clerk